UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVOCEAN JEWELRY LLC, | Index No.: 16-cv-01939 (PAE) |
| Plaintiff, | |
| | **ECF Case** |
| v. | |
| NBCUNIVERSAL MEDIA, LLC | NOTICE OF APPEARANCE |
| Defendant. | |

PLEASE TAKE NOTICE that Erik Bierbauer, Senior Litigation Counsel with NBCUniversal Media, LLC, hereby enters his appearance as counsel for Defendant NBCUniversal Media, LLC in the above-captioned matter. I certify that I am admitted to practice law before this Court.

Dated: April 6, 2016
New York, New York

Respectfully submitted,

By:___/s/ Erik Bierbauer_____

Erik Bierbauer (EB-0606)
NBCUniversal Media, LLC
30 Rockefeller Plaza – 620-541
New York, New York 10112-0002
Erik.bierbauer@nbcuni.com
(212) 664-4167
*Attorney for Defendant NBCUniversal Media, LLC*

NBCUniversal:1974777v1