UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVOCEAN JEWELRY LLC, | Index No.: 16-cv-01939 (PAE) |
| Plaintiff, | |
| v. | **ECF Case** |
| NBCUNIVERSAL MEDIA, LLC, | DEFENDANT'S RULE 7.1 DISCLOSURE |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant NBCUniversal Media, LLC, ("NBCUniversal") by and through undersigned counsel, states that NBCUniversal is a wholly owned, indirect subsidiary of Comcast Corporation, which is publicly traded. Comcast Corporation does not have a parent company, and no other publicly held company owns 10% or more of its stock.

Dated: April 6, 2016
       New York, New York

Respectfully submitted,

By: __/s/ Erik Bierbauer_____

Erik Bierbauer (EB-0606)
NBCUniversal Media, LLC
30 Rockefeller Plaza – 620-541
New York, New York 10112-0002
erik.bierbauer@nbcuni.com
(212) 664-4167
*Attorney for Defendant NBCUniversal Media, LLC*

NBCUniversal:1974771v1